UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADR AL JABRI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.  4:24-cv-03501-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFF<br><br>Re: Dkt. No. 19 |

On April 14, 2025, Defendants filed a motion for summary judgment. (Dkt. No. 19.) Plaintiff's opposition was due on May 14, 2025. (Dkt. Nos. 19 & 20.)

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 22.)

Accordingly, Plaintiff is ordered, on or before **June 13, 2025**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before June 20, 2025.  The July 3, 2025 hearing remains on calendar.

IT IS SO ORDERED.

Dated: June 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　／s／ Kandis Westmore
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge